# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ERNEST L. MCKNIGHT,

          Petitioner

          v.

COMMON PLEAS COURT OF
PHILADELPHIA,

          Respondent

: No. 40 EM 2023

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2023, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and Extraordinary Relief" is DENIED.